FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2024-0100
_____

DARREN BING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.
_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

May 6, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, ROWE, and M.K. THOMAS, JJ., concur.
_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***
_____

Darren Bing, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.